JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BAILEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STEWARD SHERMAN, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 19-02120-ODW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 30, 2020

　　　　　　　　　　　　　　　　　　/s/ Otis D. Wright
　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE